JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KRIS MCKEE, )
            Plaintiff, )
             )
     -v- )     Case No. SACV11-0658-DOC(MLGx)
             )
PORTFOLIO RECOVERY ASSOCIATES LLC, )     ORDER DISMISSING
             )     CIVIL ACTION
          Defendants. )
_____ )

     The Court having been advised by counsel for the parties that the above-entitled action has been settled;

     IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 60 days, to reopen this action if settlement is not consummated.

DATED: July 6, 2011

_____
  DAVID O. CARTER
  United States District Judge